EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Lourdes Luciano Morales | 2010 TSPR 54 <br><br> 178 DPR ____ |

Número del Caso: TS-5638


Fecha: 13 de abril de 2010


Abogado de la Parte Peticionaria:

              Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Lourdes Luciano Morales

                        5638




                        RESOLUCIÓN



San Juan, Puerto Rico, a  13 de abril de 2010.

    Examinada  la  solicitud  presentada  por  la
Lcda. Lourdes Luciano Morales,  se  autoriza  su
baja voluntaria del ejercicio de la profesión.

    Publíquese.

    Lo  acordó  el  Tribunal  y  certifica  la
Secretaria del Tribunal Supremo.



                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo